UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81014-CIV-CANNON

**MALIK LANGHAM**,

    Plaintiff,

v.

**COOLING & WINTER LLC**,

    Defendant.

_____/

## ORDER DISMISSING COMPLAINT

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On July 10, 2023, Plaintiff filed this action [ECF No. 1]. The Complaint purports to bring six claims against Defendant [ECF No. 1]. Every count in the Complaint, however, incorporates all preceding allegations [*see* ECF No. 1 ¶¶ 17, 20, 25, 28]. Complaints that follow this approach constitute impermissible "shotgun pleadings," *see Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015), and the Court has an independent obligation to dismiss such pleadings and require repleader, *see Ain Jeem, Inc. v. Individuals, Partnerships, & Unincorporated Associations Identified on Schedule A*, No. 21-CV-1331, 2021 WL 2941735, at *1 (M.D. Fla. July 13, 2021) (citing cases).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended pleading that is consistent with this Order on or before **August 1, 2023**. **The amended pleading must not contain any successive counts that incorporate all prior allegations**. In other words, Counts I, II, III, IV, V, and VI

CASE NO. 23-81014-CIV-CANNON

may incorporate the same factual allegations (paragraphs 1 through 12), but Counts II, III, IV, V, and VI must not broadly incorporate the allegations of previous counts. Further, each count must identify the particular legal basis for liability and contain specific factual allegations that support each cause of action within each count.

3. Failure to comply with this Order may result in dismissal of the case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of July 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   Malik Langham
      401 West Atlantic Avenue
      #332
      Delray Beach, FL 33444
      PRO SE