Malik Langham
401 West Atlantic Ave # 332
Delray Beach FL 33444
561-855-1334
mlangham1@hotmail.com
Attorney in Fact

FILED BY [signature] D.C.
JUL 26 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MALIK LANGHAM<br>Plaintiff, | ) Amended Complaint<br>)<br>) |
| V. | ) Case No. 9:23-cv-81014-AMC<br>) |
| COOLING & WINTER LLC<br>Defendant. | )<br>)<br>)<br>) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**INTRODUCTION**

1. This is an action for actual and statutory brought by plaintiff Malik Langham, an individual consumer, against Defendant, Cooling & Winter, for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C §1331 and 28 U.S.C §1367(a). Venue in this district is proper in that the defendants transact business in , Palm Beach County, Florida and the conduct complained of occurred in Palm Beach County, Florida

## PARTIES

3. Malik Langham hereinafter plaintiff is a natural person residing in Palm Beach County Florida.
4. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C § 1692a(3).
5. Upon information and belief, Defendant is a Georgia LLC with its principal place of business located at 1090 Northchase Parkway Suite 300, Marietta , GA 30067 and its registered agent for service of process as follows: CT CORPORATION SYSTEM , 1200 South pine Island road , Plantation, FL 33324
6. Defendant Cooling & Winter is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another.

## FACTS OF THE COMPLAINT

7. Defendant Cooling & Winter (hereinafter referred to as a "Debt Collector" ) is a "debt collector " as defined by the FDCPA, 15 U.S.C §1692a(6).

8. On or about September 30 2022 Plaintiff received a letter in the mail from defendant Cooling & Winter.
9. In the correspondence received from Cooling & Winter, plaintiff observed false and misleading information being furnished.
10. Defendant used deceptive means to get plaintiff to contract.
11. Defendant has called plaintiff numerous times without consent .

12. Defendant has violated the FDCPA
13. Defendant had access to plaintiffs personal information without consent.
14. Defendant caused emotional distress upon plaintiff.

**FIRST CLAIM FOR RELIEF**

**15 U.S.C 1692c**

**( Communication in connection with debt collection )**

15. The debt Collectors violations include, but are not limited to, the following:
    The Debt Collector violated 15 U.S.C 1692c of the FDCPA by communicating with consumer without written permission from consumer.
16. Defendant Cooling & Winter did not have permission from plaintiff to contact them.
17. Due to Defendant Cooling & Winter not having permission to contact plaintiff they are in violation of 15 U.S.C 1692c.

**SECOND CLAIM FOR RELIEF**

**15 U.S.C 1692e**

**( False or misleading representations )**

18. Plaintiff received false and/ or misleading information in the mail from defendant Cooling and Winter.
19. The debt Collectors violations include, but are not limited to, the following:
    The Debt Collector violated 15 U.S.C 1692e by presenting false and misleading documentation to plaintiff to create a belief that such documentation is legitimate.
20. Plaintiff received numerous misleading letters from defendant
21. Within the correspondence received from Cooling & Winter plaintiff observed cooling & winter referring to themselves as a debt collector as well as attorney at law.
22. Due to Cooling & Winter sending plaintiff false and misleading information they are in violation of 15 U.S.C 1692e.

**THIRD CLAIM FOR RELIEF**

15 USC 1692b(5)

(Acquisition of location information)

23. The Debt Collectors violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C 1692b(5) by using symbols and or language on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt.
24. Within the contents of the letters being received from Cooling & Winter contains language that they are in the debt collection business and are attempting to collect a debt.
25. Plaintiff received numerous letters in the mail from Cooling & Winter stating they are a debt collector as well as attempting to collect a debt.

**FOURTH CLAIM FOR RELIEF**

15 USC 1692f

(Unfair Practices)

26. The debt Collectors violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C 1692f by communicating with a consumer regarding a debt .
27. A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt.
28. Cooling & Winter Violated 15 U.S.C 1692f by communicating with plaintiff.
29. The term Communication as defined by the FDCPA means the conveying of information regarding a debt directly or indirectly to any person through any medium.
30. Cooling & Winter sent unauthorized communication to plaintiff on numerous occasions.
31. Due to Cooling & Winter using unfair practices against plaintiff, they are in violation of 15 U.S.C 1692f.

**FIFTH CLAIM FOR RELIEF**

15 USC 1692j

(Furnishing deceptive forms)

30. The debt Collectors violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C 1692j by furnishing numerous deceptive forms causing plaintiff to believe he owed Defendant Cooling & Winter a payment.

31. The debt collector violated 15 USC 1692j by furnishing deceptive forms with plaintiff name and social security numbers attached without written permission from plaintiff.

32. Cooling & Winter furnished billing statements to plaintiff without a valid contract between the two parties.

33. Due to Cooling & Winter furnishing deceptive forms, it caused plaintiff to believe such information from defendant Cooling & Winter is valid which violates 15 U.S.C 1692j.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE , Plaintiff respectfully demands a jury trial and request that judgment be entered in favor of plaintiff and against Defendant for:

A. Trial by jury
B. Judgment for the violations occurred for violating the FDCPA
C. Actual damages pursuant to 15 U.S.C §1692k(1)(2)
D. Statutory damages pursuant to 15 U.S.C §1692k(2)
E. Cost and reasonable attorneys fees pursuant to 15 U.S.C §1692k(3)
F. For such other and further relief as the Court may deem just and proper.

Dated: July 24 2023

Respectfully submitted:

By: s/ Malik Langham
401 West Atlantic Ave # 332
Delray Beach FL 33444
561-855-1334
mlangham1@hotmail.com
Attorney in Fact

Reta...

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

33401

U.S. POS
PM
UNION CI
JUL 24, 2

$17.

R2304M1

RDC 01

7019 2970 0001 8859 2718

PRIORITY®

RETURN RECEIPT REQUESTED

FROM:

Malik Lang
401 West At
Delray Beach, F

TO:

Clerks offi
701 Clematis
Room 202
West palm Bea

:ed delivery date specified for domestic use.
stic shipments include $100 of insurance (restrictions apply).*
Tracking® service included for domestic and many international destina
d international insurance.**
used internationally, a customs declaration form is required.

does not cover certain items. For details regarding claims exclusions see the
Mail Manual at *http://pe.usps.com.*
rnational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

T RATE ENVELOPE

TE ■ ANY WEIGHT

CKED ■ INSURED

To schedule free Package Pickup, scan the QR code.