Malik Langham
401 West Atlantic Ave # 332
Delray Beach FL 33444
561-855-1334
mlangham1@hotmail.com
Attorney in Fact

FILED BY CDS D.C.
OCT 06 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MALIK LANGHAM<br>Plaintiff, | ) Opposition to Motion to Dismiss<br>)<br>) |
| V. | ) Case No. 9:23-cv-81014-AMC<br>) |
| COOLING & WINTER LLC<br>Defendant. | )<br>)<br>)<br>) |

**PLAINTIFF, MALIK LANGHAM'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT**

## INTRODUCTION

Defendants Motion to Dismiss should not be granted because Plaintiff has valid claims of violations committed by defendant COOLING & WINTER LLC . Violations of the Fair Debt Credit Practices Act 15 USC 1692 which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices. Also due to the fact that Plaintiff, Mr Langham is representing himself as a pro se litigant and pro se litigants pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers.

## FACTUAL BACKGROUND

( Paragraph numbered where facts can be found in the Amended Complaint )

1. Defendant COOLING & WINTER LLC violated 15 USC 1692. (12)

2. Plaintiff "Malik Langham" is a consumer as defined by the FDCPA 15 USC 1692a(3). (4)

3. Defendant sent Mr. Langham false and misleading information numerous times. (20)

4. Defendant COOLING & WINTER LLC accessed Plaintiff's personal information without consent. (13)

5. Defendant COOLING & WINTER LLC did not have permission to contact the plaintiff. (16)

6. Defendant referred to themselves as debt collectors. (21, 24, 25)

7. Defendant furnished deceptive forms to plaintiff,Mr Langham (19, 31, 32)

8. Defendant used deceptive means to get plaintiff to contract. (10)

9. Defendant caused emotional distress to the plaintiff. (14)

10. The debt collector used symbols and or language on envelopes sent to the plaintiff. (23)

11. The debt collector communicated with a consumer regarding a debt. (26, 28)

## RESPONSE TO ARGUMENT

FIRST CLAIM FOR RELIEF - **Communication in connection with Debt Collector- 15 U.S.C 1692c**

Paragraph 15 of Plaintiff's complaint alleges that , "the debt collector violated 15 USC 1692c of the FDCPA by communicating with consumers without the written permission from consumer". This allegation of plaintiff's complaint must stand because, 1) 15 USC 1692c(a) clearly states " Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt. 2) 15 USC 1692 is a prohibition of communication with consumers without consent. Defendant COOLING & WINTER LLC has not provided the "certain circumstances " that would allow a debt collector to communicate with consumers. The Amended complaint does not fail to identify the nature of the communication. The communication was from a debt collector as stated in paragraph ( 21,24,25). COOLING & WINTER did not have permission nor did they have a court order as stated in 15 U.S.C 1692c

SECOND CLAIM FOR RELIEF - **False or Misleading Representation- 15 U.S.C 1692e**

Defendant COOLING & WINTER conveyed false and misleading information to the plaintiff on more than one occasion. COOLING & WINTER sent plaintiff letters in the mail on September 23,2022, February 13, 2023 and June 12, 2023 which is more than one time as COOLING & WINTER stated .The fact that COOLING & WINTER is acting as a debt collector and attorney at law is misleading. COOLING & WINTER acting as two different professions is misleading. Defendant mentioned 15 USC 1692f stating 15 USC 1692f " unequivocally states that the failure to disclose its status as a debt collector in the initial communication would constitute false and misleading conduct. Plaintiff is unaware that 15 USC 1692f is portrayed in that context. Rather 15 USC 1692f(8) states the following is a violation " Using any language or symbol, other than the debt collectors address.

THIRD CLAIM FOR RELIEF - **Acquisition of Location information- 15 U.S.C 1692b(5)**

Defendant's allegations of 15 USC 1692b(5) fails as a matter of law. 15 USC 1692b(5) mentions the language and/ or symbol on any envelope. COOLING & WINTER used language and symbols

FOURTH CLAIM FOR RELIEF- **Unfair Practices - 15 U.S.C 1692f**

Defendant in fact "sent unauthorized communication to plaintiff on numerous occasions". Defendant sent plaintiff a letter on September 23,2022 , June 12,2023 as well as unauthorized information from Capital One with personal information attached on February 13,2023. There is a requirement that a debt collector first obtain permission from a consumer to send communication which is 15 USC 1692c(a). By the debt collector not following the law they violated 15 U.S.C 1692f

FIFTH CLAIM FOR RELIEF- **Furnishing deceptive forms - 15 U.S.C 1692j**

Defendant COOLING & WINTER furnished deceptive forms causing plaintiff to believe he owed money to COOLING & WINTER. COOLING & WINTER sent more than an initial demand letter as stated. Defendant COOLING & WINTER furnished deceptive forms on September 23, 2022,February 13,2023 and June 12, 2023. The deceptive forms furnished seemed as if Plaintiff had an account with COOLING & WINTER but does not and never gave permission for them to access his personal records i.e address, social security number.

CONCLUSION

All of the facts alleged in plaintiff's Amended Complaint in this case are valid and should be liberally construed in plaintiff's favor. Defendant has violated the FDCPA numerous times while attempting to contract and collect a debt on another's behalf .

Date: October 5, 2023

/s/

Malik Langham
401 West Atlantic Ave #332
Delray Beach FL 33444
561-855-1334
mlangham1@hotmail.com
Attorney in Fact

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PME 1-Day
UNION CITY, CA 94587
OCT 05, 2023

33401

$28.75

R2304M115526-11

RDC 07

RIORITY
MAIL
XPRESS®

LAT RATE
NVELOPE
IE RATE ANY WEIGHT

28

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 703 456 751 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

Malik Langham
401 West Atlantic Ave #332
Delray Beach Fl 33444

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk of Court
701 Clematis Street, Room 202
West palm Beach Fl 33401

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 94587 | Scheduled Delivery Date (MM/DD/YY): 10/6/23 | Postage: $ 28.75 | |
| Date Accepted (MM/DD/YY): 10/5/23 | Scheduled Delivery Time: ☑ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 12:55 ☐ AM ☑ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 28.75 | |
| Weight: ☑ Flat Rate lbs. ozs. | Acceptance Employee Initials: ZP | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.